UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lawrence V Wilder

1101 Chestnut Street

Wilmington, North Carolina 28401

Case: 1:19–cv–00739  (F-DECK)
Assigned To : Unassigned
Assign. Date : 3/15/2019
Description: Pro Se Gen. Civil  (Jury)

Vs

Jim Bridenstine, Administrator, NASA

Victoria Lipnic Chairperson, US Equal Employment Opportunity Commission

Henry Kerner, Special Counsel, Us Office of Special Counsel

Alex Azar, Secretary, US Department of Health and Human Services

Margaret Weichart, Director, US Office of Personnel Management

Inspector General, US Merit Systems Protection Board

Nancy Berryhill, Commissioner, Social Security Administration

William Barr, US Attorney General, US Department of Justice

Rod Rosenstein, Deputy US Attorney General, US Department of Justice

Rosalind Sargent Burns, US Deputy Pardon Attorney, US DOJ

US Supreme Court Justice Clarence Thomas

US Court of Appeals for the District of Columbia Judge Douglas Ginsburg

Alexander Acosta, Secretary, US Department of Labor

Betsy Devos, Secretary, US Department of Education

**Employment Discrimination Civil Complaint, Retaliation Complaint, Motion to Appoint Counsel, Failure to Fulfill Notification Duty Owed to Plaintiff, Failure to Protect Due Process of Property Rights, Obstruction of Justice, and Non-Exclusionary Jury Demand**

PLAINTIFF FILED THE COMPLAINT BECAUSE OF DISCRIMINATION AND INTERSTATE RETALIATION BY THE DEFENDANTS. THE VIOLATIONS ARE CONTINUOUS. PLAINTIFF REQUESTS APPOINTMENT OF COUNSEL BECAUSE OF FINANCIAL INABILITY TO RETAIN COUNSEL AND THE COMPLEXITY OF THE ISSUES.  PLAINTIFF ALSO FILES THIS MOTION FOR JURY DEMAND.

EEOC AND AGENCY FAILED TO ACKNOWLEDGE THE FACT THAT THE PLAINTIFF APPLIED FOR POSITIONS WITH NASA AND WASN'T SELECTED. THIS IS A MAJOR FACTOR IN THE DISCRIMINATION COMPLAINT AND RETALIATION COMPLAINT.

THE EEOC AND THE AGENCY STOP THE RETALIATION IN 1998, BUT IT STILL CONSISTS YEAR TO DATE.

PLAINTIFF WAS APPOINTED TO NASA GSFC BY PRESIDENT RONALD REAGAN ON 9/28/1987 THE 100TH BIRTHDAY OF THE 5TH OLYMPIC IOC CHAIRMAN LIFE MEMBER AVERY BRUNDGRIDE BIRTHDAY. THIS FACT HAS BEEN THE BASIS OF MULTIPLE VIOLATIONS INCLUDING BY FEDERAL JUDGE DOUGLAS GINSBURG AND OTHERS.

NASA GSFC HR EMPLOYEE JAMES HARRINGTON, NASA GSFC HR MARGARET TINDAL, AND NASA ASSOCIATE ADMINISTRATOR RICHARD KEEGAN VIOLATED 5 USC 315.805 AND 5 USC 315.806 FAILING TO NOTIFY PLAINTIFF OF MSPB AND EEOC APPEAL RIGHTS DURING ADVISERSE ACTION PROCEEDINGS. CONGRESSMAN KWESI MFUME AND US SUPREME COURT JUSTICE (EEOC CHAIRPERSON AT THE TIME) CLARENCE THOMAS HAD A PART IN THE VIOLATIONS OF THE INNOCENT EDUCATED AFRICAN AMERICAN MALE.

NASA GSFC USED A FEDERAL SECURITY BACKGROUND INVESTIGATION TO FORCE THE PLAINTIFF'S RESIGNATION ON 4/1/1988 THE 38TH BIRTHDAY OF US SUPREME COURT JUSTICE SAMUEL ALITO.

THE ISSUE WAS A FBI CLYDE TOLSON 5/22/1985 BIRTHDAY FELONY MANUFACTURING MARIJUANA ARREST AND 7/10/1985 CONVICTION IN ABSENTIA DURING THE GREENSBORO NC MASSACRE FEDERAL TRIAL. PLAINTIFF WAS ARRESTED AND CONVICTED OF THE CRIME IN ABSENTIA BECAUSE THE POLICE, COURTS, AND RETAINED COUNSEL (WHO ADVISED PLAINTIFF NOT TO APPEAR AT THE 7/10/1985 GUILFORD COUNTY NC COURT TRIAL) THOUGHT THE INNOCENT EDUCATED AFRICAN AMERICAN MALE WAS A BLACK PANTHER

COMMUNIST PARTY MEMBER, POSSIBLY BECAUSE OF HIS FRIENDSHIP WITH NC A AND T UNIVERSITY STUDENT BRENDA DAVIS (BLACK PANTHER PARTY MEMBER ANGELA DAVIS).

THE US MSPB AND EEOC AFFORDS THE OPPORTUNITY TO APPEAL ADVERSE ACTION BECAUSE OF PARTISAN POLITCAL REASONS. THE FACT THAT PLAINTIFF WAS ERRONEOUSLY RACIALLY PROFILED A BLACK PANTHER PARTY MEMBER DURING THE 1985 GREENSBORO NC MASSACRE FEDERAL TRIAL WAS PROOF OF THE DISCRIMINATION VIA 5 USC 315.805 AND 5 USC 315.806 WHICH NASA EMPLOYEE FAILED TO NOTIFY OF APPEAL RIGHTS.

PRESIDENT RONALD REAGAN AND PRESIDENT GEORGE H W BUSH PARDONED (AND REINSTATED THE PLAINTIFF TO FEDERAL EMPLOYMENT OVER THE OBJECTIONS OF US SUPREME COURT JUSTICE CLARENCE THOMAS AND OTHERS) THE PLAINTIFF ON 1/11/1989 OF THE 3/22/1985 SKULL AND BONES LIFE MEMBER YALE UNIVERSITY GREENSBORO NC ARREST, THE FBI CLYDE TOLSON 5/22/1985 FELONY MANUFACTURING MARIJUANA ARREST AND 7/10/1985 CONVICTION IN ABSENTIA DURING THE GREENSBORO NC MASSACRE TRIAL.

THE REINSTATEMENT WAS TO THE US HHS, NOT NASA. THE FEDERAL PARDON ALSO CREDITED THE FEDERAL SERVICE OF THE INNOCENT EDUCATED AFRICAN AMERICAN MALE FROM 4/2/1988 (FEDERAL JUDGE ANDRE DAVIS AND FEDERAL JUDGE ANNE CLAIRE WILLIAMS) – 2/26/1989 (FEDERAL JUDGE MALCOLM JONES HOWARD).

FEDERAL JUDGE DOUGLAS GINSBURG (AND OTHERS) RETALIATED AGAINST ME EVER SINCE PRESIDENT RONALD REAGAN AND PRESIDENT GEORGE H W BUSH PARDONED ME ON 1/11/1989 OF THE 7/10/1985 FBI CLYDE TOLSON BIRTHDAY FELONY MANUFACTURING MARIJUANA CONVICTION IN ABSENTIA DURING THE GREENSBORO NC MASSACRE FEDERAL TRIAL.

FEDERAL JUDGES DOUGLAS GINSBEURG AND US SUPRME COURT JUSTICE CLARENCE THOMAS HAD AN ISSUE WITH MARIJUANA DURING THEIR CONFIRMATION HEARING, WITH FEDERAL JUDGE DOUGLAS GINSBURG WITHDRAWING HIS REAGAN SUPREME COURT NOMINATION BECAUSE OF MARIJUANA USAGE. JUSTICE THOMAS ALSO HAS RETALIATED BECAUSE REAGAN/BUSH41 PARDONED ME, WHILE THEY WERE EMBARASSED BECAUSE OF THE MARIJUANA ACCUSATIONS DURING THE NOMINATION PROCESS.

THE PROBABLE CAUSE REPORT WAS FALSE AND PLAINTIFF DIDN'T RESIDE IN THE APARTMENT WHERE FLOWER PLANTS (NOT MARIJUANA AND SEE JONES VS FLOWERS 547 US 220) WERE FOUND BY THE GREENSBORO NC POLICE DURING THE GREENSBORO MASSACRE FEDERAL TRIAL.

FEDERAL GOVERNMENT (US DEPARTMENT OF JUSTICE) FAILED TO NOTIFY INNOCENT EDCUATED AFRICAN AMERICAN MALE OF THE FEDERAL PARDON ON 1/11/1989 AND RETROACTIVELY CREDIT HIS FEDERAL SERVICE FROM 4/2/1988 – 2/26/1989.

US ATTORNEY GENERALS SINCE ED MEESE ARE GUILTY OF A CONTINUOUS VIOLATION.

FLORIDA EXECUTED TED BUNDY ON 1/24/1989.

PRESIDENT GEORGE H W BUSH EXECUTIVE APPOINTMENT TO US HHS HCFA CMS ON 2/27/1989.

US HHS HCFA CMS AND US OFFICE OF PERSONNEL MANAGEMENT FAILED TO CLASSIFY AFRICAN AMERICAN MALE OCCUPATIONAL SERIES, CREDIT ALL SERVICE, AND APPLY CORRECT CAREER LADDER PROMOTIONS. AFRICAN AMERICAN MALE SHOULD HAVE NEVER BEEN A GS-5 STEP 2, GS-7 STEP 2, GS-9 STEP 2, GS-11 STEP 2, OR GS-12 STEP 2 OR STEP 3 IF THE CORRECT OCCUPATIONAL SERIES AND CAREER LADDER PROMOTIONS WHERE APPLIED CORRECTLY BY US HHS HCFA CMS STU HOFFMAN, SHARON APPLEBY, DR LOUIS SULLIVAN, GAIL WILENSKY AND STUART STREIMER. PLAINTIFF FEELS THAT FEDERAL JUDGE DOUGLAS GINSBURG AND FEDERAL JUDGE EMMETT SULIVAN PLAYED A ROLE IN THE DISCRIMINATORY INJUSTICE.

PRESIDENT GEORGE H W BUSH PARDONED PLAINTIFF OF THE 1991 JUSTICE CLARENCE THOMAS HOWARD COUNTY MD 1990 ARREST AND 1991 CONVICTION ON 7/26/2000 AMERICANS WITH DISABILITES ACT DAY WITH THE STIPULATION THAT THE INNOCENT EDUCATED AFRICAN AMERICAN MALE GRADUATE FROM THE UNIVERSITY OF MARYLAND BALTIMORE COUNTY.

INNOCENT EDCUATED AFRICAN MALE PLAINTIFF GRADUATED ON 8/31/1991 WITH HONORS.

DISGRACED MARYLAND ATTORNEY ZELL MARGOLIS WAS PLAINTIFF'S REPRESENTATION IN HOWARD COUNTY MD AND WAS LATER CONVICTED OF MONEY LAUDERING IN THE USDC IN MARYLAND.

FEDERAL JUDGES J FREDERICK MOTZ AND FEDERAL JUDGE FREDERICK N SMALKINS, AND THE ATTORNEY GENERAL RETALIATED AGAINST INNOCENT EDCUATED AFRICAN AMERICAN PLAINTIFF BECAUSE HE WAS FEDERAL PARDONED, WHILE DISGRACED MARYLAND ATTORNEY ZELL MARGOLIS WAS CONVICTED IN FEDERAL COURT. THIS IS ANOTHER MOTIVE FOR THE AFOREMENTIONED DEFENDANTS TO CONTINUALLY VIOLATED THE INNOCENT EDCUATED AFRICAN AMERICAN MALE YEAR TO DATE.

ON PLAINTIFF'S 3RD ANNIVERSARY OF HIS 2/27/1989 PRESIDENT GEORGE H W BUSH EXECUTIVE APPOINTMENT TO US HHS HCFA CMS, USCA FOR THE 4TH CIRCUIT JUDGE KAREN WILLIAMS WAS CONFIRMED ON 2/27/1992 BY PRESIDENT GEORGE H W BUSH AND US SENTATOR STROM THURMOND.

THIS WITH THE FACT THAT INNOCENT EDUCATED AFRICAN AMERICAN MALE WAS FEDERAL APPOINTED TO NASA GSFC BY PRESIDENT RONALD REAGAN ON 9/28/1987 OLYMPIC IOC CHAIRMAN LIFE MEMBER AVERY BRUNDRIDGE 100TH BIRTHDAY IS MOTIVE OF RETALIATION BY SEVERAL FEDERAL EMPLOYEES INCLUDING FEDERAL JUDGE DOUGLAS GINSBURG AND SEVERAL US SUPREME COURT JUSTICES.

US SUPREME COURT PRECEDENT ARIZONA VS EVANS 514 US 1 ON MARCH 1, 1995 (6TH ANNIVERSARY OF US HHS SECRETARY DR LOUIS SULLIVAN HISTORICAL APPOINTMENT ON 3/1/1989 TWO DAYS AFTER PLAINTIFF'S 2/27/1989 PRESIDENT BUSH41 EXECUTIVE APPOINTMENT TO US HHS) VERIFIED PLAINTIFF'S GREENSBORO NC AND HOWARD COUNTY MD FEDERAL PARDONS INCLUDING THE CONCURRENCE (JOINED BY JUSTICE BREYER AND JUSTICE SOUTER) WRITTEN BY US SUPREME COURT JUSTICE SANDRA DAY OCONNOR WHERE SHE WROTE "PROBABLE CAUSE NEVER EXISTED IF IT EVER EXISTED".

THE PURPOSE OF ISSUING ARIZONA VS EVANS 3/1/1995 ON THE 6TH ANNIVERSARY OF US HHS DR LOUIS SULLIVAN'S APPOINTMENT AS US HHS SECRETARY ON 3/1/1989 WAS BECAUSE HE HAD A HAND IN CAUSING THE 1990 HOWARD COUNTY ARREST AND 6TH AMENDMENT VIOLATION 1991 CONVICTION (WITH JUSTICE CLARENCE THOMAS) OF INEFFECTIVE COUNSEL VIOLATION

AGAINST THE INNOCENT EDUCATED AFRICAN AMERICAN MALE. DR LOUIS SULLIVAN DID THIS BECAUSE HIS FRATERNITY BROTHER DC MAYOR MARION BARRY WAS CAUGHT USING DRUGS IN A DC HOTEL (FBI CLYDE TOLSON).

EVEN IN THE DISSENT OF ARIZONA VS EVANS 514 US 1 BY JUSTICE JOHN PAUL STEVENS, THE PLAINTIFF'S CONTINUING VIOLATION OF BUREAUCRATS WHO CHOSE NOT TO CORRECT DATABASES (US DOJ/NASA ASSOCIATE ADMINISTRATOR CHIEF INFORMATION OFFFICER RICHARD KEEGAN, ETC) IS REFERENCED.

THIS IS ALSO MOTIVE FROM FEDERAL JUDGE EMMET SULLIVAN, BECAUSE ARIZONA VS EVANS 514 US 1 WAS DECISION ON 3/1/1995, THE 6TH ANNIVERSARY OF DR LOUIS SULLIVAN'S HISTORICAL PRESIDENT GEORGE H W BUSH EXECUTIVE APPOINTMENT TO US HHS, 2 DAYS AFTER PLAINTIFF'S 2/27/1989 PRESIDENT GEORGE H W BUSH EXECUTIVE APPOINTMENT TO US HHS (FOLLOWED BY PRESIDENT GEORGE H W BUSH AND US SENATOR STROM THURMOND 2/27/1989 CONFIRMATION OF KAREN WILLIAMS TO THE USCA FOR THE 4TH CIRCUIT ON 2/27/1992.

TOYOTA MOTOR CREDIT CORPORATION 9/21/1995 CORRESPONDENCE 6 MONTHS AFTER ARIZONA VS EVANS 514 US 1 ON THE 14TH ANNIVERSARY OF US SUPREME COURT JUSTICE SANDRA DAY O'CONNOR'S CONFIRMATION ON THE COURT, WHERE TOYOTA ADMITS THAT PLAINTIFF'S CREDIT IS BEING REPORTED INCORRECTLY (E.G. JUSTICE STEVEN'S ARIZONA VS EVANS 514 US 1 DISSENT STATING BUREAUCRATS FAIL TO CORRECT DATABASES). ALTHOUGH TOYOTA ACKNOWLEDGE THE ERROR ON THE PLAINTIFF'S CREDIT REPORTS, TOYOTA AND THE CREDIT BUREAUS CONTINUED TO REPORT THE ACCOUNT AS A CHARGED OFF ACCOUNT FROM 1995 – 2002 (YEAR OF US SUPREME COURT PRECEDENT WILLIAMS VS TOYOTA MANUFACTURING (MARIJUANA?) KENTUCKY), CAUSING PLAINTIFF BANKRUPTCY (US BANKRUPTCY COURT IN MARYLAND 03-52276).

PRESIDENT GEORGE H W BUSH SKULL AND BONES LIFE MEMBER PARDON 7/26/1990 OF INNOCENT EDUCATED AFRICAN AMERICAN MALE OVER THE OBJECTIONS OF FEDERAL OFFICIALS INCLUDING THE US ATTORNEY GENERAL AND US HHS SECRETARY DR LOUIS SULLIVAN.

FEDERAL OFFICIALS FRAUDULENT PUT FEDERALLY PARDONED INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF ON A LAST CHANCE AGREEMENT, WHICH SUSPENDED PROMOTIONAL OPPORTUNITIES AND MADE

HIS CAREER LADDER DISCONTINUOUS VIA US HHS, HCFA CMS HR EMPLOYEE STU HOFFMAN.

THESE HATE MOTIVATED CIVIL CRIMINAL VIOLATIONS ARE THE EQUIVALENT OF A VIOLATION OF BENTON VS MARYLAND 395 US 784 DOUBLE JEOPARDY WRITTEN BY JUSTICE THURGOOD MARSHALL IN 1969. JUSTICE THURGOOD MARSHALL AND HIS FRATERNITY BROTHERS (US HHS SECRETARY WINSTON EDWARDS AND US HHS BRANCH CHIEF WINSTON EDWARDS) VIOLATED THE INNOCENT EDUCATED AFRICAN AMERICAN MALE WITH US HHS HCFA CMS HR STU HOFFMAN (AND US HHS HCFA CMS DIVISION DIRECTOR JOE HLADKY) IN THE 9/28/1994 (PLAINTIFF'S 7TH ANNIVERSARY OF HIS 9/28/1987 NASA EXECUTIVE APPOINTMENT) PROMOTION RECOMMENDATION MEMO WHERE PLAINTIFF'S CAREER LADDER WAS DISCONTINUOUS AFTER THE GS-9 POSITION. THIS IS DESPARATE TREATMENT CONSIDERING THAT THERE WERE CAUCASIAN EMPLOYEES WORKING AT US HHS WITH HIGH SCHOOL DIPLOMAS WHO HAD CAREER LADDERS FROM THE GS-7 POSITION TO THE GS-12 POSITION CONTINUOUSLY, WHILE THE INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF GRADUATED THE SUMMER OF 1991 WITH HONORS.

PLAINTIFF WAS ALSO APPROVED BY THE JOHNS HOPKINS UNIVERSITY GRADUATE SCHOOL OF ENGINEERING ON 9/13/2001 AND 1/15/2013.

INNOCENT EDCUATED AFRICAN AMERICAN MALE PLAINTIFF IS A G I BILL BABY WHO'S FATHER WENT TO SCHOOL ON THE G I BILL.

US SECRETARY OF EDUCATION AND US ATTORNEY GENERAL FAILURE TO PROTECT INNOCENT EDUCATED AFRICAN AMERICAN MALE'S ENTRY TO THE UNIVERSITY FROM 9/13/2001 TO PRESENT. THIS INCLUDES THE 1/8/2014 VISIT TO BALTIMORE, MARYLAND BY US ATTORNEY GENERAL ERIC HOLDER AND SECRETARY OF US DEPARTMENT OF EDUCATION ARNE DUNCAN. PLAINTIFF ALSO ACCUSES FORMER US ATTORNEY IN MARYLAND (DEPUTY ATTORNEY GENERAL ROD ROSENSTEIN FOR BLOCKING THE ENTRANCE TO THE UNIVERSITY.

INNOCENT EDUCATED AFRICAN AMERICAN MALE'S US HHS HCFA CMS BUREAU DIRECTOR DR REGINA MCPHILLIPS HAS A PHD FROM JOHNS HOPKINS SCHOOL OF PUBLIC HEALTH. DR MCPHILLIPS MAY ALSO BE GUILTY OF RACIAL DISCRIMINATION AND HATE CRIMES.

ON 9/28/1994 PLAINTIFF'S 7TH ANNIVERSARY OF HIS PRESIDENT RONALD REAGAN 9/28/1987 EXECUTIVE APPOINTMENT TO NASA, US HHS CMS STU HOFFMAN HATE CRIME MEMO RETALIATION (WRITTEN BY US HHS HCFA CMS BRANCH CHIEF WINSTON EDWARDS TO DIVISION DIRECTOR JOE HDLAKEY) MISCLASSIFYING INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF'S CAREER LADDER DISCONTINUOUS FROM THE GS-9 POSITION.

ILLINOIS EXECUTIONS OF JOHN WAYNE GACY AND RICHARD SPECK.

FEDERAL GOVERNMENT FAILED TO RESPECT THE PRESIDENT GEORGE H W BUSH PARDON OF THE INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF AND RETROACTIVELY CORRECT ADMINISTRATIVE ERRORS TO HIS CAREER LADDER, FEDERAL SERVICE, FEDERAL RETIREMENT, AND FEDERAL BENEFITS.

FEDERAL GOVERNMENT (SPECIFICALLY THE US DEPARTMENT OF JUSTICE) HAS FAILED TO NOTIFY INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF OF PARDONS AND IMPLEMENT CORRECTIVE ACTION.

US HHS HCFA CMS ASSOCIATE ADMINISTRATOR STEVE PELOVITZ HATE CRIME 1 DAY SUSPENSION ON 1/8/1997 AFTER INNOCENT EDUCATED AFRICAN AMERICAN MALE DEFENDED HIMSELF AGAINST RACIALLY MOTIVATED DEATH THREATS BY FEDERAL WORKPLACE SHOOTING BY US HHS HCFA CMS EMPLOYEES KERMIT LEE AND DAVID ZANARDELLI. THE THREATS WERE INVESTIGATED BY GSA FEDERAL AGENTS RONALD REJA AND MAURICE GRAHAM.

PRESIDENT GEORGE W BUSH 1/8/2002 NO CHILD LEFT BEHIND PARDON OF THE 1/8/1997 US HHS HCFA CMS ASSOCIATE ADMINISTRATOR STEVE PELOVITZ HATE CRIME 1 DAY SUSPENSION AT THE HAMILTON OHIO SCHOOL. INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF ATTENDED THOMAS JEFFERSON ELEMENTARY SCHOOL AT 605 DRYDEN DRIVE (SEE NASA ADMINISTRATOR DR HUGH L DRYDEN) BALTIMORE MD 21229. THE 1/8/2002 PRESIDENT GEORGE W BUSH PARDON OFFICIALLY REMOVED THE DISCIPLINARY ACTION ENHANCEMENT IN THE SUBSEQUENT 5/6/1997 US HHS HCFA CMS BUREAU DIRECTOR DR REGINA MCPHILLIPS HATE CRIME DECISION TO REMOVE INNOCENT EDUCATED AFRICAN AMERICAN MALE FROM FEDERAL EMPLOYMENT.

FEDRUARY 26, 1997 (SEE FEDERAL JUDGE MALCOLM JONES HOWARD FEBRUARY 26, 1988 CONFIRMATION DATE) AND MARCH 4, 1997 RACIALLY MOTIVATED 5

USC 844.202 VIOLATING (HELPING APPLY FOR FEDERAL BENEFITS) PROPOSAL BY US HHS HCFA CMS BRANCH CHIEF FRANK JONES AND DIVISION DIRECTOR JANICE SEIBERT TO REMOVE INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF FROM FEDERAL EMPLOYMENT WITHOUT LEGAL REPRESENTATION.

MARCH 13, 1997 FRAUDULENT FEDERAL ADVERSE ACTION REPRESENTATION DOCUMENT SIGNED BY US HHS HCFA CMS OFFICE DIRECTOR ROBERT MOORE, AFGE DISTRICT 4 VICE PRESIDENT JOE FLYNN, AND INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF ON 3/13/1997. ON THE 3/13/2003 6TH ANNIVERSARY OF THE FRAUDULENT MOORE/FLYNN FEDERAL ADVERSE ACTION REPRESENTATION DOCUMENTATION, US SENATE VOTED TO PARDON PLAINTIFF OF THE 6/4/2002 BALTIMORE COUNTY CIRCUIT COURT (FEDERAL JUDGE EMMET SULLIVAN BIRTHDAY) WRONGFUL MISDEMEANOR CONVICTION WITH THE PARTIAL BIRTH ABORTION BAN. US HOUSE OF REPRESENTATIVE MEMBER FROM MARYLAND C A DUTCH RUPPERSBERGER VOTED ON 6/4/2003 (1 YEAR ANNIVERSARY OF THE 6/4/2002 WRONGFUL BALTIMORE COUNTY MD CIRCUIT COURT MISDEMEANOR CONVICTION AND FEDERAL JUDGE EMMET SULLIVAN BIRTHDAY) IN FAVOR OF INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF'S PARDON WITH THE PARTIAL BIRTH ABORTION BAN. PRESIDENT GEORGE W BUSH PARDONED THE INNOCENT EDUCATED AFRICAN AMERICAN MALE ON 11/5/2003 WITH THE APPROVAL OF THE PARTIAL BIRTH ABORTION BAN.

MARCH 27, 1997 US HHS HCFA CMS OFFICE DIRECTOR ROBERT MOORE DECISION TO UPHOLD THE 3/4/1997 (E.G. 304 CHILDREN KILLED BY REVEREND JIM JONES) PROPOSAL BY MEDICAID SERVICES BRANCH CHIEF FRANK JONES ALSO VIOLATING 5 USC 844.202 AND FAILING TO HELP A FEDERAL EMPLOYEE WHO SUFFERED A FEDERAL WORKPLACE INJURY.

US HHS HCFA CMS ROBERT MOORE AND FRANK JONES FAILED TO HELP INNOCENT EDCUATED AFRICAN AMERICAN MALE APPLY FOR US OPM DISABILITY RETIREMENT (5 USC 844.202) AND FEDERAL WORKERS COMPENSATION BENEFITS (5 USC 8122 SEE US DOL ECAB CLERK SHEPPARD).

US HHS HCFA CMS BUREAU DIRECTOR DR REGINA MCPHILLIPS RACIALLY MOTIVATED DECISION TO TERMINATE INNOCENT EDUCATED AFRICAN AMERICAN MALE'S FEDERAL EMPLOYMENT ON 5/6/1997, THE TEXAS EXECUTION DATE OF

DEATH ROW INMATE TERRY WASHINGTON WITH FEDERAL JUDGE EDITH GENEME JONES INVOLVEMENT.

APPLYING FOR US OPM DISABILITY BENEFITS, US HHS HCFA CMS BRANCH CHIEF FRANK JONES (WITH ASSISTANCE FROM HR EMPLOYEE FREDA GALLER) DISSENTED THE PLAINTIFF'S APPROVAL WHILE VIOLATING 5 USC 844.202 (AND FAILING TO HELP APPLY FOR FEDERAL WORKERS COMPENSATION BENEFITS 5 USC 8122).

US OPM APPROVED (VIA CORRESPONDENCE FROM EMPLOYEE C G RICHARDS) INNOCENT EDUCATED AFRICAN AMERICAN MALE'S DISABILITY RETIREMENT ON 4/9/1998, THE ANNIVERSARY OF CONFEDERATE GENERAL ROBERT E LEE (US HHS HCFA CMS WORKPLACE SHOOTING THREAT EMPLOYEE KERMIT LEE) SURRENDER TO UNION GENERAL GRANT ENDING THE US CIVIL WAR IN VIRGINIA ON 4/9/1865. THIS HAS BEEN A MOTIVE FOR YEAR TO DATE RETALIATION FROM FEDERAL JUDGE FREDERICK SMALKINS, USCA FOR THE 4TH CIRCUIT JUDGES, AND OTHERS.

US HHS HAS FAILED TO ACKNOWLEDGE THEIR 5/6/1997 WRONGDOING AND THE REVERSAL OF THE EMPLOYMENT TERMINATE BY US OPM ON 4/9/1998 RETROACTIVE TO 5/7/1997.

NASA, US HHS HCFA CMS, JUSTICE CLARENCE THOMAS (RESENTFUL OF MY PRESIDENT GEORGE H W BUS SKULL AND BONES LIFE MEMBERSHIP), AND OTHERS HAVE RETALIATED IN VIOLATION OF ROBINSON VS SHELL OIL COMPANY 519 US 337 FOR MY INVOLVEMENT IN THE EEO COMPLAINT PROCESS WITH VARIOUS FEDERAL DEPARTMENTS INCLUDING THE US DEPARTMENT OF JUSTICE, US HHS, NASA, FEDERAL BUREAU OF PRISONS, AND OTHERS.

NASA, US HHS HCFA CMS, YALE UNIVERSITY US SUPREME COURT JUSTICE SAMUEL ALITO (RESENTFUL OF MY PRESIDENT GEORGE H W BUSH SKULL AND BONES LIFE MEMBERSHIP), YALE UNIVERSITY US SUPREME COURT JUSTICE SONIA SOTOMAYOR (RESENTFUL OF MY PRESIDENT GEORGE H W BUSH SKULL AND BONES LIFE MEMBERSHIP) AND OTHERS HAVE RETALIATED IN VIOLATION OF GOMEZ-PEREZ VS POTTER 553 US 474 BECAUSE OF PREVIOUS AGE DISCRIMINATION COMPLAINTS AGAINST, NASA, US HHS, US DOJ, FEDERAL BUREAU OF PRISONS, SSA, US OPM, AND OTHER FEDERAL DEPARTMENTS (AND AGENCIES)

OCTOBER 7, 1998, PRESIDENT WILLIAM CLINTON CONFIRMS PRESIDENT GEORGE W BUSH APPOINTEE FEDERAL JUDGE SONIA SOTOMAYOR TO THE USCA FOR THE 2ND CIRCUIT.

EXECUTIVE ORDER 13124 APPROVED BY PRESIDENT WILLIAM CLINTON ON 6/4/1999 (APPROVING PLAINTIFF'S BENEFITS AND REINSTATEMENT TO FEDERAL EMPLOYMENT), BIRTHDAY OF FEDERAL JUDGE EMMET SULLIVAN AND THE 6/4/2002 DATE OF THE WRONGFUL CONVICTION IN BALTIMORE COUNTY MD CIRCUIT COURT MISDEMEANOR CONVICTION PARDONED PRESIDENT GEORGE W BUSH ON 11/5/2003 WITH THE PARTIAL BIRTH ABORTION BAN. MARYLAND US CONGRESSMAN C A DUTCH RUPPERSBERGER VOTED IN FAVOR OF INNOCENT EDCUATED AFRICAN AMERICAN ON 6/4/2003, ANNIVERSARY OF EXECUTIVE ORDER 13124, FEDERAL JUDGE EMMET SULLIVAN'S BIRTHDAY, AND THE 1 YEAR ANNIVERSARY OF THE 6/4/2002 BALTIMORE COUNTY MD CIRCUIT COURT WRONGFUL CONVICTION WHICH VIOLATED THE EXCLUSIONARY RULE OF ARIZONA VS EVANS 514 US 1.

THE BALTIMORE COUNTY MD CIRCUIT COURT 6/4/2002 WRONGFUL CONVICTION EVENTUALLY PARDONED BY PRESIDENT GEORGE W BUSH ON 11/5/2003 VIOLATED ARIZONA VS EVANS 514 US 1, WHERE LAW ENFORCEMENT (AND COURT EMPLOYEES) INTENTIONALLY PUT A FRAUDULENT SUSPENDED LICENSE IN THE COMPUTER DATABASES TO JUSTIFY EVENTS THAT HAPPEN ON 8/30/2001, US SENATOR THOM TELLIS BIRTHDAY. THE 8/30/2001 BALTIMORE COUNTY MD TRAFFIC STOP HAPPENED NEAR THE MARYLAND DEATH PENALTY CRIME SCENE OF WESLEY BAKER AND GREGORY LAWRENCE (SEE LAWRENCE VS TEXAS 539 US 558 IN 2003).

HONORARY MEMBER OF ME TOO USCA FOR THE 3RD CIRCUIT CIVIL CASE 99-6131 (3 JUDGE PANEL NYGAARD FUENTES ALITO).

PRESIDENT WILLIAM CLINTON CONFIRMATION OF PRESIDENT RONALD REAGAN APPOINTEE ANNE CLAIRE WILLIAMS TO THE USCA FOR TH 7TH CIRCUIT ON 11/10/1999.

EXECUTIVE ORDER 13163 APPROVED BY PRESIDENT WILLIAM CLINTON (APPROVING MY REINSTATEMENT AND FEDERAL BENEFITS) ON 7/26/2000, 10TH ANNIVERSARY OF MY PRESIDENT GEORGE H W BUSH 7/26/1990 (AMERICANS WITH DISABILITES APPROVAL DAY) PARDON OF THE JUSTICE CLARENCE THOMAS

1991 HOWARD COUNTY MD COURT MISDEMEANOR (FEDERAL CONVICTED MARYLAND ATTORNEY ZELL MARGOLIS STRICKLAND VS WASHINGTON 466 US 668 INEFFECTIVE REPRESENTATION).

FORMER US DEPARTMENT OF LABOR SECRETARY ROBERT REICH, SECRETARY ALEXIS HERMAN AND US SECRETARY PRESIDENTIAL CABINET MEMBERS VIOLATED THE CLINTON EXECUTIVE ORDERS AND FAILED TO ISSUE FEDERAL BENEFITS (AND RESPECT FEDERAL EMPLOYMENT REINSTATEMENT).

US ATTORNEY GENERAL JANET RENO US EEOC US DOJ HARVARD EMPLOYENT RECOMMENDATION RULES GOVERNING PETITIONS FOR EXECUTIVE CLEMENCY 8/1/2000 PLAINTIFF'S 35TH BIRTHDAY WITH LAWRENCE EAGLEBURGER 8/8/2000 9/28/2000 13TH ANNIVERSARY OF INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF'S PRESIDENT RONALD REAGAN EXECUTIVE APPOINTMENT TO NASA GSFC ON OLYMPIC IOC LIFE MEMBER AVERY BRUDRIDGE BIRTHDAY (AND THE MOTIVE FOR UNJUST TREATMENT AND HATE CRIMES AGAINT THE PLAINTIFF).

THE 1.1 – 1.11 NUMBERING CONVENTION OF THE RULES ARE SYMBOLIC OF THE 1/11/1989 (1.11) PRESIDENT RONALD REAGAN PARDON OF THE PLANTIFF.

US ATTORNEY GENERAL OFFICE HAS REPEATEDLY VIOLATED THE RESPONSIBILITY OWED TO AFRICAN AMERICAN MALE PLAINTIFF TO NOTIFY PARDON RECIPIENTS VIA THE PARDON ATTORNEY. THIS INCLUDES FORMER US ATTORNEY ERIC HOLDER, WHO WAS DEPUTY ATTORNEY GENERAL WHEN US ATTORNEY GENERAL JANET RENO PUBLISHED THE RULES GOVERNING PETITIONS FOR EXECUTIVE CLEMENCY IN 2000 AND DURING THE BEGINNIN OF THE PRESIDENT GEORGE W BUSH ADMINISTRATION.

RETALIATION FOR BUSH VS GORE 531 US 98 IN 2000 HAS KEPT INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF FROM RECEIVING JUSTICE FROM THE MULTIPLE MANIFEST INJUSTICES OF THE FEDERAL, STATE, AND LOCAL GOVERNMENTS, SINCE HE CHANGED HIS POLITICAL PARTY AFFILIATION IN 1999 TO REPUBLICAN. THE RETALIATION STILL EXISTS YEAR TO DATE.

MARCH 8. 2001 (SEE DATE AT US EEOC AND US SUPREME COURT JUSTICE CLARENCE THOMAS) CORRESPONDENCE FROM US CONGRESSMAN ELIJAH CUMMINGS RESPONDING TO RACIAL PROFILING STOPS RETALIATION

EXPERIENCED BY INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF FOR PREVIOUS EEOC COMPLAINT ACTIVITY. THE CORRESPONDENCE ALSO NOTIFIED INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF THAT US SUPREME COURT JUSTICE CLARENCE THOMAS (FORMER US EEOC CHAIRMAN), ASSOCIATE ADMINISTRATOR RICHARD KEEGAN (PLAINTIFF'S MENTOR AT NASA GSFC AND CIO OF NASA) AND OTHERS EXCLUDED PLAINTIFF FROM THE 2002 NASA US EEOC CLASS ACTION MEMBERSHIP.

THE CONGRESSMAN ELIJAH CUMMINGS 3/8/2001 CORRESPONDENCE IS AN EXAMPLE OF THE CONTINUOUS RETALIATION EXPERIENCED BY THE INNOCENT EDCUATED AFRICAN AMERICAN MALE PLAINTIFF THAT STILL EXISTS PRESENTLY.

PRESIDENT GEORGE W BUSH PARDON ON 1/8/2002 NO CHILD LEFT BEHIND DAY OF THE 1/8/1997 (5TH ANNIVERSARY AND 5TH OLYMPIC IOC CHAIRMAN LIFE MEMBER AVERY BRUDRIDGE) US HHS HCFA CMS ASSOCIATE ADMINISTRATOR STEVE PELOVITZ HATE CRIME 1 DAY SUSPENSION WHICH WAS REMOVED FROM CONSIDERATION OF PLAINTIFF'S 5/6/1997 FEDERAL EMPLOYMENT DECISION BY THE US HHS HCFA CMS.

PRESIDENT GEORGE W BUSH 1/8/2002 PARDON ALSO REFERENCED THE 1/8/1965 ERRONEOUSLY DATED NASA SECURITY BACKGROUND INVESTIGATION DOCUMENT UTILIZED BY THE AGENCY TO FORCE INNOCENT EDUCATED AFRICAN AMERICAN MALE STUDENT TO RESIGN ON 4/1/1988 US SUPREME COURT JUSTICE SAMUEL ALITO 38TH BIRTHDAY (PARDONED BY PRESIDENT RONALD REAGAN AND PRESIDENT GEORGE H W BUSH ON 1/11/1989 WITH FEDERAL EMPLOYMENT REINSTATEMENT TO US HHS ON 2/27/1989).

PRESIDENT GEORGE W BUSH 1/8/2002 NO CHILD LEFT BEHIND PARDON ALSO ACKNOWLEDGE THE ABANDONMENT OF PLAINTIFF'S NASA MENTOR ASSOCIATE ADMINISTRATOR (AND FORMER TEACHER) RICHARD KEEGAN DURING THE NASA ADVERSE ACTION PROCEEDINGS WHICH VIOLATED 5 USC 315.805 AND 5 USC 315.806 ON 4/1/1988 ANNIVERSARY OF THE BETTY FORD FAMILY SUBSTANCE ABUSE INTERVENTION ON 4/1/1978, THE ANNIVERSARY DATE OF DEATH OF SINGER MARVIN GAYE ON 4/1/1983, AND 38TH BIRTHDAY OF US SUPREME COURT JUSTICE SAMUEL ALITO.

PLAINTIFF'S FORMER NASA MENTOR ASSOCIATE ADMINISTRATOR RICHARD KEEGAN HAS OBSTRUCTED JUSTICE IN PLAINTIFF'S EFFORTS TO RECEIVE JUSTICE FOR WRONGS.

US SUPREME COURT OPINION EMMA WILLIAMS VS TOYOTA MANUFACTURING (MARIJUANA?) KENTUCKY 534 US 184 ON 1/8/2002, THE SAME 1/8/2002 DATE THAT PRESIDENT GEORGE W BUSH APPROVED NO CHILD LEFT BEHIND (AND DIRECTED IT AT FORMER TEACHERS NASA ASSOCIATE ADMINISTRATOR RICHARD KEEGAN AND FEDEERAL JUDGE ANNE CLAIRE WILLIAMS) PARDONING INNOCENT EDCUATED AFRICAN AMERICAN MALE OF THE 1/8/1997 US HHS HCFA CMS ASSOCIATE ADMINISTRATOR STEVE PELOVITZ HATE CRIME 1 DAY SUSPENSION.

SEE USCA FOR THE 7TH CIRCUIT HISTORY WHERE (FORMER NO CHILD LEFT BEHIND TEACHER) FEDERAL JUDGE ANNE CLAIRE WILLIAMS SUCCEEDED FEDERAL JUDGE WALTER J CUMMINGS JR (US CONGRESSMAN ELIJAH CUMMINGS).

PLAINTIFF FILED A RACIAL PROFILING FEDERAL CIVIL COMPLAINT IN THE USDC IN NEWARK NEW JERSEY AND WITHIN 30 DAYS NEW JERSEY GOVERNOR CHRISTINE WHITMAN FORCED THE RESIGNATION OF SUPERINTENDENT CARL WILLIAMS. THIS IS MOTIVE FOR THE SUBSEQUENT RACIAL PROFILING OF THE INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF.

NASA CLASS ACTION SETTLEMENT EXCLUDING INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF ON 5/6/2002, THE 5TH (5TH OLYMPIC IOC CHAIRMAN LIFE MEMBER AVERY BRUDRIDGE) ANNIVERSARY OF THE PLAINTIFF'S 5/6/1997 FEDERAL EMPLOYMENT TERMINATION DECISION BY LESBIAN HATE CRIME OFFENDER US HHS HCFA CMS BUREAU DIRECTOR DR REGINA MCPHILLIPS (RESENTFUL OF THE 1/11/1989 REAGAN/BUSH41 PARDON OF PLAINTIFF'S FBI CLYDE TOLSON 5/22/1985 BIRTHDAY FELONY MANUFACTURING MARIJUANA ARREST AND 7/10/1985 CONVICTION IN ABSENTIA DURING THE GREENSBORO NORTH CAROLINA MASSACRE FEDERAL TRIAL. PLAINTIFF'S FBI DOCUMENT PCN NUMBER UTILIZED BY NASA HAS THE NUMBER 506 (CIRCLED) SYMBOLIC OF THE 5/6/2002 NASA EEOC SETTLEMENT DATE WHERE PLAINTIFF WAS EXCLUDED (AND NEVER NOTIFIED).

NOVEMBER 5, 2003 PRESIDENT GEORGE W BUSH PARDON (WITH THE APPROVAL OF THE PARTIAL BIRTH ABORTION BAN) OF THE 6/4/2002 BALTIMORE COUNTY MD CIRCUIT COURT WRONGFUL MISDEMEANOR CONVICTION, WHICH ALSO HAS

THE JUNE 4 DATE OF EXECUTIVE ORDER 13124 (AND BIRTHDAY OF FEDERAL JUDGE EMMET SULLIVAN). US CONGRESSMAN FROM MARYLAND 2ND CONGRESSIONAL DISTRICT C A DUTCH RUPPERSBERGER VOTED IN FAVOR OF PLAINTIFF'S PARDON ON 6/4/2003 (ANNIVERSARY OF EXECUTIVE ORDER 13124 IN 1999, BALTIMORE COUNTY MD CIRCUIT COURT WRONGFUL MISDEMEANOR CONVICTION IN 2002, AND FEDERAL JUDGE EMMET SULLIVAN BIRTHDAY).

PLAINTIFF'S APPEAL TO THE US MERIT SYSTEMS PROTECTION ON 4/2/2007 (FEDERAL JUDGE ANDRE DAVIS DATE) DOCKETED ON 4/4/2007 (ANNIVERSARY OF FEDERAL JUDGE ANNE CLAIRE WILLIAMS 4/4/1985 CONFIRMATION AND ASSASSINATION DATE OF THE REVEREND DR MARTIN LUTHER KING ON 4/4/68) PH-0353-07-0330-I-1 WILDER VS US DEPARTMENT OF HEALTH AND HUMAN SERVICES WITH US MSPB JUDGES FULLY AWARE OF MY PARDONS, APPROVAL OF BENEFITS, AND REINSTATEMENT ORDERS BY PRESIDENTS.

IN MAY 2007 US MSPB JUDGE ELIZABETH MILLIGAN AND FEDERAL JUDGE WILLIAM L BOULDEN DELIBERATELY FALSELY ACCUSED INNOCENT EDCUATED AFRICAN AMERICAN MALE PLAINTIFF OF AN EMMETT TILL (FEDERAL JUDGE EMMET SULLIVAN) THREAT OF CAUCASIAN FEMALE FEDERAL JUDGE DURING A TELECONFERENCE WITH US HHS OGC ATTORNEY MONICA DAVY. HEAVILY ARMED FEDERAL AGENTS WERE SENT TO PLAINTIFF'S BALTIMORE COUNTY MD RESIDENCE (US CONGRESSIONAL DISTRICT OF ELIJAH CUMMINGS). ON·6/1/2007 US MSPB JUDGE ELIZABETH MILLIGAN CONFESSED TO THE CRIME, BUT FAILED TO APPROVE EXTRA TIME TO FILE IMPORTANT MEDICAL EVIDENCE FOR EQUTABLE TOLLING OF APPEAL (MSPB GREGORY LACY VS NAVY). DESPITE THIS CONFESSION BY US MSPB JUDGE ELIZABETH MILLIGAN, US MSPB NER CHIEF JUDGE WILLIAM BOULDEN INVOLVED THE US ATTORNEY IN PENNSYVANIA (AND US ATTORNEY IN MARYLAND ROD ROSENSTEIN) TO WRONGFULLY HARASS (AND RETALIATE) THE INNOCENT EDCUATED AFRICAN AMERICAN MALE INTERSTATE.

ONE OF THE US OFFICE OF HOMELAND SECURITY AGENTS WHO WAS SENT TO SURROUND PLAINTIFF'S MARYLAND RESIDENCE WAS AGENT MAURICE GRAHAM, WHO INVESTIGATED THE US HHS HCFA CMS EMPLOYEES KERMIT LEE AND DAVID ZANARDELLI FOR MAKING FEDERAL WORKPLACE SHOOTING THREATS IF THEY WEREN'T PROMOTED OVER THE JOHNS HOPKINS UNIVERSITY GRADUATE SCHOOL OF ENGINEERING STUDENT PLAINTIFF.

US MSPB CHAIRPERSONS NEIL A G MCPHIE AND MARY ROSE DISMISSED APPEAL ON 12/10/2007 (ORDER DELETED FROM US MSPB APPEAL HISTORY DATABASE) (SEE NBA HALL OF FAME NCAA COACH ADOLPH RUPP DATE OF DEATH) INTENTIONALLY FAILING TO NOTIFY INNOCENT EDUCATED AFRICAN AMERICAN MALE'S RIGHT TO APPEAL TO THE US MSPB. PLAINTIFF STRONGLY BELIEVES THIS FAILURE TO NOTIFY OF APPEAL RIGHTS VIOLATION WAS INFLUENCED BY FORMER US EEOC CHAIRPERSON US SUPREME COURT JUSTICE CLARENCE THOMAS (AND US SUPREME COURT JUSTICE SAMUEL ALITO), WHO WAS US EEOC CHAIRPERSON WHEN NASA VIOLATED 5 USC 315.805 AND 5 USC 315.806 ON 4/1/1988 US SUPREME COURT JUSTICE SAMUEL ALITO 38TH BIRTHDAY.

NASA GSFC OFFICE OF GENERAL COUNSEL ATTORNEY THERESA THOMPSON (WITH ASSOCIATE ADMINISTRATOR (CHIEF INFORMATION OFFICER) RICHARD KEEGAN AND NASA ADMINISTRATOR MICHAEL GRIFFIN) PERJURY TO US MSPB IN ALEXANDRIA, VA IN 2008 APPEAL AGAINST AGENCY CLAIMING NASA HAD NO HISTORY RECORD OF INNOCENT EDUCATED AFRICAN AMERICAN MALE PLAINTIFF'S EMPLOYMENT FROM 9/28/1987 – 4/1/1988.

US ATTORNEY IN MARYLAND ROD ROSENSTEIN PERJURY IN HIS REPLY TO INNOCENT EDCUATED AFRICAN AMERICAN MALE PLAINTIFF'S 2008 FEDERAL CIVIL COMPLAINT (08CV1277), WHILE BLOCKING THE ENTRANCE OF PLAINTIFF'S JOHNS HOPKINS UNIVERSITY GRADUATE SCHOOL ATTENDANCE.

US MSPB JUDGE LYSTRA HARRIS 8/6/2008 WILDER VS US OFFICE OF PERSONNEL MANAGEMENT OPINION APPROVING APPOINTMENT OF COUNSEL TO INNOCENT EDUCATED AFRICAN AMERICAN MALE WITH US OPM DISABILITY RETIREMENT SINCE 5/7/1997. US MSPB HAS STILL FAILED TO APPOINT COUNSEL AS OF 2019 DISRESPECTING THE 8/6/2008 US MSPB LYSTRA HARRIS OPINION. ON THE 8/6/2009 ONE YEAR ANNIVERSARY OF THE 8/6/2008 US MSPB NER LYSTRA HARRIS OPINION, US SUPREME COURT JUSTICE SONIA SOTOMAYOR WAS CONFIRMED TO THE US SUPREME COURT.

PRESIDENT GEORGE W BUSH REINSTATED THE THEN 43 YEARS OLD INNOCENT AFRICAN AMERICAN MALE TO FEDERAL EMPLOYMENT ON 9/25/2008, ANNIVERSARY DATE OF THE 9/25/2007 PEREZ-GOMEZ VS POTTER AGE DISCRIMINATION COMPLAINT RETALIATION US EEOC COMPLAINT BEING APPROVED FOR US SUPREME COURT REVIEW. US SUPREME COURT PEREZ GOMEZ

VS POTTER PRECEDENT ON 5/27/2008 BEFORE THE 8/6/2008 US MSPB NER JUDGE LYSTRA HARRIS OPINION TO APPOINT COUNSEL TO INNOCENT EDCUATED AFRICAN AMERICAN MALE DISABLED FEDERAL RETIREE IN HIS APPEAL OF THE US OFFICE OF PERSONNEL MANAGEMENT (YEAR TO DATE 2019 US MSPB HAS FAILED TO APPOINT COUNSEL TO FEDERAL DISABLED RETIREE INNOCENT EDCUATED AFRICAN AMERICAN MALE PLAINTIFF).

US SECRETARY MICHAEL LEAVITT (AND OTHER PRESIDENTIAL APPOINTEES INCLUDING THE US ATTORNEY GENERAL) DISRESPECTED THIS 9/25/2008 ORDER TO APPROVE BENEFITS, MAKE RETROACTIVE ADMINISTRATIVE ADJUSTMENTS, AND REINSTATE PLAINTIFF TO FEDERAL EMPLOYMENT.

PRESIDENT BARACK OBAMA ADMINISTRATION ALSO DISRESPECTED THIS 9/25/2008 PRESIDENT GEORGE W BUSH ORDER THROUGHOUT HIS ADMINISTRATION INCLUDING AT THE US EEOC, US MSPB, AND THE FEDERAL COURTS. BECAUSE OF THE 8/6/2008 US MSPB NER JUDGE LYSTRA HARRIS (FLORIDA SECRETARY OF STATE KATHLEEN HARRIS INVOLVEMENT IN BUSH VS GORE 2000) OPINION FOLLOWED BY THE 9/25/2008 PRESIDENT GEORGE W BUSH FAVORABLE DECISION, THE PRESIDENT OBAMA ADMINISTRATION (AND DEMOCRATS) FAILED TO RESPECT PLAINTIFF FAVORABLE JUDGE HARRIS 8/6/2008 OPM OPINION AND PRESIDENT GEORGE W BUSH 9/25/2008 (BUSH VS GORE 531 US 98 (2000)), 3 DAYS SHY OF PLAINTIFF'S 9/28/1987 PRESIDENT RONALD REAGAN EXECUTIVE APPOINTMENT TO NASA GSFC ON OLYMPIC IOC 5TH CHAIRMAN LIFE MEMBER AVERY BRUNDRIDGE BIRTHDAY AND THE 9/28/2000 US ATTORNEY GENERAL JANET RENO US EEOC US DOJ EMPLOYMENT HARVARD UNIVERSITY RECOMMENDATION RULES GOVERNING PETITIONS FOR EXECUTIVE CLEMENCY (WHICH ALSO REFERENCED PLAINTIFF'S 8/1/2000 35TH BIRTHDAY).

PRESIDENT BARACK OBAMA THEN CONFIRMED US SUPREME COURT JUSTICE SONIA SOTOMAYOR ON 8/6/2009, THE 1 YEAR ANNIVERSARY OF US MSPB NER JUDGE LYSTRA HARRIS TO APPOINT COUNSEL TO INNOCENT EDUCATED AFRICAN AMERICAN MALE DISABLED FEDERAL RETIREE DURING HIS APPEAL AGAINST THE US OFFICE OF PERSONNEL MANAGEMENT. FROM 8/6/2008 TO THE DATE OF FILING THIS FEDERAL EMPLOYMENT DISCRIMINATION COMPLAINT, DISABLED FEDERAL RETIREE PLAINTIFF HAS NOT BEEN APPOINTED COUNSEL AT THE US MSPB.

PRESIDENT OBAMA (FEDERAL CIRCUIT JUDGE DOUGLAS GINSBURG AND OTHERS) DISRESPECTED MY 7/26/1990 PRESIDENT GEORGE H W BUSH PARDON ON AMERICANS WITH DISABILITIES ACT DAY OF THE 1991 HOWARD COUNTY MD WRONGFUL MISDEMEANOR CONVICTION WITH FEDERAL CONVICTED DISGRACED MARYLAND ATTORNEY ZELL MARGOLIS LEGAL REPRESENTATION WITH EXECUTIVE ORDER 13548 APPROVED ON 7/26/2010.

PRESIDENT OBAMA (AND FEDERAL CIRCUIT JUDGE DOUGLAS GINSBURG AND OTHERS) DISRESPECTED MY 7/26/2000 PRESIDENT WILLIAM CLINTON PARDON BY EXECUTIVE ORDER 13163 ON THE 7/26/2010 EXECUTIVE ORDER 13548 DATE, THE 20TH ANNIVERSARY OF PLAINTIFF'S 7/26/1990 PRESIDENT GEORGE H W BUSH AMERICANS WITH DISABILITIES ACT DAY PARDON OF THE 1991 JUSTICE CLARENCE THOMAS HOWARD COUNTY MD WRONGFUL MISDEMEANOR CONVICTION WITH FEDERAL CONVICTED DISGRACED MARYLAND ATTORNEY ZELL MARGOLIS LEGAL REPRESENTATION WITH EXECUTIVE ORDER 13548.

PLAINTIFF FILED A FEDERAL CIVIL COMPLAINT AGAINST US ATTORNEY GENERAL ERIC HOLDER AND US ATTORNEY GENERAL LORETTA LYNCH BECAUSE OF OBSTRUCTION OF JUSTICE AND FAILURE OF DUTY.

PLAINTIFF HAS PREVIOUSLY STATED WHY HE FEELS ERIC HOLDER WAS GUILTY, BUT LORETTA LYNCH (FROM GREENSBORO NORTH CAROLINA) IS ALSO GUILTY. SHE (WITH US SUPREME COURT JUSTICE CLARENCE THOMAS) OBSTRUCTED A FEDERAL US EEOC COMPLAINT IN MANHATTAN NEW YORK FILED BY THE PLAINTIFF, WHERE THE NUMBER 522 WAS PRESENT IN THE COMPLAINT NUMBER (SYMBOLIC OF THE 5/22/1985 FBI CLYDE TOLSON BIRTHDAY FELONY MANUFACTURING MARIJUANA ARREST IN GREENSBORO NORTH CAROLINA).

THIS VIOLATION HAPPENED AFTER THE PLAINTIFF WAS A VICTIM OF SEXUAL HARASSMENT AT HIS NEW JERSEY EMPLOYER BEFORE BEING LAID OFF FOR COMPLAINING.

NBA ISAIAH THOMAS WAS FOUND GUILTY OF SEXUAL HARASSMENT WORKING FOR THE NEW YORK KNICKS IN MANHATTAN, NEW YORK AFTER PLAINTIFF FILED HIS US EEOC COMPLAINT IN MANHATTAN NEW YORK. THIS IS ALSO MOTIVE FOR INTERSTATE RETALIATION.

INNOCENT EDCUATED AFRICAN AMERICAN MALE PLAINTIFF IS AN HONORARY MEMBER OF ME TOO USCA FOR THE 3RD CIRCDUIT CIVIL CASE 99-6131.

IN 2013 -2014, CLINTON APPOINTEE FEDERAL JUDGE JEDE RAKOFF TOLD THE NEW YORK TIMES THAT THERE ARE INNOCENT DEFENDANTS FORCED TO PLEA GUILTY.

IN 2013 – 2014, REAGAN APPOINTEE TOLD THE NEW YORK TIMES THAT THERE IS RAMPANT PROSECUTORIAL MISCONDUCT (E.G. US ATTORNEY GENERAL).

PLAINTIFF REQUESTS APPOINTMENT OF COUNSEL AND A JURY DEMAND.

LAWRENCE V WILDER

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Columbia   ▾

_____ Division

Lawrence V Wilder

)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jim Bridestine, Victoria Lipnic, Henry Kerner, Alex
Azar, Margaret Weichert, Nancy Berryhill, OIG US
MSPB, William Barr, Rod Rosenstein, Justice Clarence
Thomas, Judge Douglas Ginsburg, Rosalind Burns

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)

Case: 1:19–cv–00739  (F-DECK)
Assigned To : Unassigned
Assign. Date : 3/15/2019
Description: Pro Se Gen. Civil  (Jury)

Jury Trial: *(check one)*   ☑Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lawrence V. Wilder |
| Street Address | 1101 Chestnut Street |
| City and County | Wilmington, New Hanover |
| State and Zip Code | North Carolina 28401 |
| Telephone Number | 910-599-3309 |
| E-mail Address | wilderbush43pardons182002@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Jim Bridestine |
| Job or Title *(if known)* | Administrator, NASA |
| Street Address | 300 E. Street, SW |
| City and County | Washington |
| State and Zip Code | DC 20546 |
| Telephone Number | (202) 358-0001 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | William Barr |
| Job or Title *(if known)* | US Attorney General |
| Street Address | 950 Pennsylvannia Ave, NW. |
| City and County | Washington DC |
| State and Zip Code | DC 20530 |
| Telephone Number | (202) 514-2000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Douglas Ginsburg |
| Job or Title *(if known)* | Federal Judge USCA for the DC Circuit |
| Street Address | 333 Constitutional Avenue, NW |
| City and County | Washington DC |
| State and Zip Code | DC 20001 |
| Telephone Number | (202) 216-7000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Clarence Thomas |
| Job or Title *(if known)* | US Supreme Court Justice |
| Street Address | 1 First Street, NE |
| City and County | Washington DC |
| State and Zip Code | DC 20543 |
| Telephone Number | (202) 479-3000 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | NASA |
| Street Address | 300 E. Street, |
| City and County | Washington DC |
| State and Zip Code | DC 20546 |
| Telephone Number | (202) 358-0001 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:
42 USC 1981 - 1988, 18 USC 241, 18 USC 242, 18 USC 249, 42 USC 3631, 18 USC 245

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify):*    Fed Emp Liability Reform & Tort Compensation Act of 1988

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Continuing violation since 4/1/1988 including hate crimes

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race
- ☑ color
- ☑ gender/sex
- ☑ religion
- ☐ national origin
- ☑ age *(year of birth)*    1965    *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

OPM Disability Ret 4/9/98 Anniversary Lee Surrender

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See civil complaint

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Initial contact with NASA EEO counsellor in 1997 - YTD. NASA originally violated 5 USC 315.805 and 5 USC 315.806 on 4/1/1988

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*   12/17/2018     .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendants continually violated innocent educated African American male plaintiff, covered up for the violations, and retaliated directly or by proxy every time he attempted to get justice for the wrongs. See civil complaint. Pro se plaintiff files a motion to proceed without prepayment of fees and for appointed counsel. He defers any determination of relief including compensatory, exemplary, actual, or punitive damages upon appointment of counsel by the Federal courts.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/15/2019

Signature of Plaintiff

Printed Name of Plaintiff    Lawrence V Wilder

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address