UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 22 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Lawrence V. Wilder, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-739 (UNA) |
| | ) | |
| Jim Bridenstine *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is **GRANTED**, and this case is **DISMISSED** without prejudice.

This is a final appealable Order.

United States District Judge

Date: April 16, 2019